

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due on **June 19, 2014**. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court